___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

AUG 18 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT SMITH, JR.,

  Plaintiff,

  v.

HEIDI DAVIS et al,

  Defendants.

CASE NO. C04-1483 JLR

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment (Dkt. # 44) is GRANTED;

(3) Defendants' Motion to Continue Joint Pretrial Statement (Dkt. #49) is DENIED;

(4) The matter is DISMISSED with prejudice;

(5) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 18th day of August, 2006.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1

04-CV-01483-ORD